# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1982
Lower Tribunal No. 21-3466
_____

**Wicked, LLC, et al.,**
Appellants,

vs.

**International Yacht Services, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

McDonald Hopkins, LLC, and Jeffrey S. Haut, and Joshua L. Resnick, Christopher B. Hopkins (West Palm Beach), for appellants.

Capital Partners Law, and Maikel N. Eskander (Fort Lauderdale), for appellees.

Before LINDSEY, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.